UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

BLAIS CUNNINGHAM &
CROWE CHESTER, LLP, Blais Title & Escrow, LLC,
Plaintiffs/Interpleaders

v. 3:24-cv-00882SNV

RAHUL PATEL, ALIAS,
ADNAN AKHTAR, ALIAS, GREGORY DABNEY, ALIAS,
KHOA HO, ALIAS, AMIT KHANCHI,
ALIAS, VIJAY MEDURI, ALIAS, JIAYE
SHEN, ALIAS, WES CARDWALL and
LINDSEY CARDALL, TRUSTEES OF THE
W&L CARDWELL FAMILY TRUST,
DATED JULY 8, 2016, JOEL THOMPSON,
ALIAS, K ROWE ASSOCIATES, LLC,
SRINIVASA TALLA, ALIAS, PATRICK and LAURA ZOELLNER, ALIAS,
M7 INVESTMENT FUND I LIMITED LIABILITY
COMPANY and DNA LODGING EAST HARTFORD
LLC,
Defendants/Interested Parties

**APPLICATION TO ENTER DEFAULT BY CLERK OF COURT**
**AND SUPPORTING AFFIDAVIT**

**NOW COME** Plaintiffs/Interpleaders, by and through their undersigned counsel, and hereby request/move/apply (the “Application”) to the Clerk of this

Court to enter default against VIJAY MEDURI, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure insofar as VIJAY MEDURI has neither answered nor responded to the complaint of the Plaintiffs.

In support of the Application, counsel to the Plaintiffs furnishes his affidavit, attached hereto as Exhibit A.

Plaintiffs appreciate the opportunity to prepare and file this Application. The Application is filed in good faith. In light of the foregoing, it is requested the Application be GRANTED and VIJAY MEDURI be defaulted.

Respectfully submitted,
**PLAINTIFF/INTERPLEADERS**
By their attorneys,

/s/William J. Delaney

William J. Delaney (Juris No. 415554)
Lonardo Forte & Trudeau LLP
29780 West Shore Road
Warwick, RI 02886
(401) 632-89870
wdelaney@alftlaw.com

Dated: August 2, 2025

**CERTIFICATION OF SERVICE**

I hereby certify that a true copy of the within was filed with this Court via CM/ECF on this 3d day of August, 2025 and to all registered users.

/s/ William J. Delaney

# EXHIBIT A