UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

BLAIS CUNNINGHAM &
CROWE CHESTER, LLP, Blais Title & Escrow, LLC,
Plaintiffs/Interpleaders

v. 3:24-cv-00882SNV

RAHUL PATEL, ALIAS,
ADNAN AKHTAR, ALIAS, GREGORY DABNEY, ALIAS,
KHOA HO, ALIAS, AMIT KHANCHI,
ALIAS, VIJAY MEDURI, ALIAS, JIAYE
SHEN, ALIAS, WES CARDWALL and
LINDSEY CARDALL, TRUSTEES OF THE
W&L CARDWELL FAMILY TRUST, DATED
JULY 8, 2016, JOEL THOMPSON, ALIAS, K
ROWE ASSOCIATES, LLC,
SRINIVASA TALLA, ALIAS, PATRICK and LAURA ZOELLNER, ALIAS,
M7 INVESTMENT FUND I LIMITED LIABILITY
COMPANY and DNA LODGING EAST HARTFORD
LLC,
Defendants/Interested Parties

UNITED STATES OF AMERICA, by and through
SECURITIES EXCHANGE COMMISSION,
Additional Interested Party

MOTION TO DISMISS CASE WITH SUPPORTING MEMORANDUM

NOW COME Plaintiffs/Interpleaders herein, by and through their undersigned counsel and hereby moves (the “Motion”) this Court to dismiss, *without prejudice*, this matter consistent with the Order of this Court, entered on October 2, 2025, Docket No. 98 (the “Order”).

In support of the Motion, Plaintiffs/Interpleaders now accept and realize that additional work is required to establish the jurisdictional basis of each of the Defendants/Interested Parties as to the *res* currently held by the Plaintiffs/Interpleaders. In fact, work has recently begun on that front.

In consideration of the foregoing, Plaintiffs/Interpleaders request the Motion be GRANTED.

PLAINTIFFS/INTERPLEADERS
By their attorneys,

/s/William J. Delaney

William J. Delaney (Juris No. 415554)
Lonardo Forte & Trudeau, LLP
2980 West Shore Road
Warwick, RI 02886
(401) 542-4100; (401) 632-8987 (cell)
wdelaney@alftlaw.com

Dated: January 26, 2026

**CERTIFICATION**

I hereby certify that on the 26th day of January, 2026, a copy of the within was caused to be filed via CM/ECF Tyler to all registered participants.

/s/William J. Delaney